UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIS BERNARD SCOTT,<br><br>                              Petitioner,<br><br>v.<br><br>B. CATES, Warden, et al.,<br><br>                              Respondents. | Case No.: 22-CV-1101-RSH (JLB)<br><br>**ORDER DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner Ellis Bernard Scott, a state prisoner proceeding *pro se*, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 along with a motion to proceed *in forma pauperis*. ECF Nos. 1–2.

## **FILING FEE REQUIREMENT**

Petitioner has filed a motion to proceed *in forma pauperis* together with a trust account statement which reflects a $10.86 balance in his prison trust account at the California Correctional Institution where he is presently confined. ECF No. 2 at 5, 8. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). Because it appears Petitioner can pay the $5.00 filing fee, Petitioner's motion to proceed *in forma pauperis* is **DENIED**.

The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed *in forma pauperis*. *See* Rules Governing § 2254 Cases, Rule 3(a), 28

U.S.C. foll. § 2254. The instant case is therefore subject to dismissal because Petitioner has failed to satisfy the filing fee requirement.

## CONCLUSION AND ORDER

The Court hereby **DENIES** Petitioner's motion to proceed *in forma pauperis* (ECF No. 2) and **DISMISSES** the case without prejudice. If Petitioner wishes to proceed with this case, he must submit, **no later than September 30, 2022**, a copy of this Order with either: (1) the $5.00 fee OR (2) adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California *In Forma Pauperis* Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

Dated: August 1, 2022

*/s/ Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge